UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FORMULATED SOLUTIONS, LLC and
SUPER-TEK PRODUCTS, INC.,

                Plaintiffs,

   -against-

CKD, INC., THOMAS DESIMONE and
DESIMONE ASSOCIATES, INC.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 6490 (DLI)

A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 29, 2005, granting defendants' motion for summary judgment in its entirety; and dismissing the complaint without costs to either party; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that the complaint is dismissed without costs to either party.

Dated: Brooklyn, New York
       September 30, 2005

                                                     ROBERT C. HEINEMANN
                                                     Clerk of Court